# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:95CV107

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | |
| ) | |
| KEITH V. BLANKENSHIP, ) | |
| ) | |
| Defendant, ) | **O R D E R** |
| ) | |
| And ) | |
| ) | |
| BLOCKBUSTER, INC., ) | |
| ) | |
| Garnishee. ) | |
| ) | |

**THIS MATTER** is before the Court on the Government's application for a writ of continuing garnishment pursuant to 28 U.S.C. § 3205. The application is denied without prejudice.

The application discloses that demand for payment was made on the Defendant/Debtor on March 23, 2004. The statute requires that "not less than 30 days has elapsed since demand on the debtor for payment of the debt was made[.]" **28 U.S.C. § 3205(b)(1)(B).** In addition, it is the custom in this Court for the judgment creditor to include with the application a notice of garnishment and instructions along with instructions to the judgment debtor for objecting to any answer of the garnishee and for obtaining a hearing. **28 U.S.C. § 3205(c)(3)(B).** These items were not included with the application.

**IT IS, THEREFORE, ORDERED** that the application is hereby **DENIED** without prejudice to renewal.

**Signed: July 28, 2005**

Lacy H. Thornburg
United States District Judge