IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | |
| Plaintiff, ) | | |
| vs. ) | CASE NO. 1:95CV107-T | |
| ) | (Financial Litigation Unit) | |
| KEITH V. BLANKENSHIP, ) | | |
| Defendant. ) | | |
| and ) | | |
| ) | | |
| BLOCKBUSTER, INC., ) | | |
| Garnishee. ) | | |

## DISMISSAL OF WRIT OF GARNISHMENT

**THIS MATTER** is before the Court on motion of the United States for dismissal of the writ of garnishment entered herein.

For the reasons stated and for good cause shown,

**IT IS, THEREFORE, ORDERED** that the motion is **ALLOWED**, and the Writ of Garnishment filed in this case against the Defendant Keith V. Blankenship is hereby **DISMISSED**.

Signed: October 16, 2008

Lacy H. Thornburg
United States District Judge